IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fifth Market, Inc., <br>    a Tennessee corporation, <br><br>    Plaintiff, <br><br> v. <br><br> CME Group, Inc., <br>    a Delaware Corporation, and <br><br> Board of Trade of the City of Chicago, Inc., <br>    a Delaware Corporation, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF FIFTH MARKET, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Fifth Market, Inc. discloses that no publicly held corporation owns 10% or more of its stock.

                                                **CROSS & SIMON, LLC**

                                                */s/ Richard H. Cross, Jr.*
                                                Richard H. Cross, Jr. (#3576)
                                                Sean T. O'Kelly (#4349)
                                                913 North Market Street, 11th Floor
                                                Wilmington, DE 19801
                                                (302) 777-4200
                                                (302) 777-4224 (facsimile)
                                                *Attorneys for Plaintiff, Fifth Market, Inc.*

OF COUNSEL:

Michael K. Mutter
Quentin R. Corrie
Michael K. Botts
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747

Dated: December 21, 2007