<div style="text-align:center">

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

</div>

Sean T. O'Kelly
sokelly@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

*SUSSEX COUNTY OFFICE:*
17577 NASSAU COMMONS BLVD.
SUITE 102
LEWES, DE 19958
(302) 644-4269
(302) 258-0815 (FAX)

February 26, 2008

**BY ELECTRONIC FILE**

The Honorable Sue L. Robinson
Delaware District Court
844 North King Street
Wilmington, DE 19801

    Re:    *Fifth Market, Inc. v. CME Group, Inc., et al.,* D. Del. Case. No. 07-840 (SLR)

Dear Judge Robinson:

    I represent Plaintiff Fifth Market, Inc. in the above-referenced matter. I write on behalf of the parties to inform Your Honor that Fifth Market, Inc. has agreed to extend Defendants' time to answer the Complaint in this matter by another 45 days until April 14, 2008. Upon information and belief Defendants have not yet retained Delaware counsel to represent them in this action.

    Counsel is available at Your Honor's convenience in the event there are any questions or concerns.

<div style="margin-left: 50%">

Respectfully Submitted,

*/s/ Sean T. O'Kelly (by Ettinger #3986)*

Sean T. O'Kelly (No. 4349)

</div>

STO:nd

cc:    File Copy