**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

Sean T. O'Kelly
sokelly@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

*SUSSEX COUNTY OFFICE:*
17577 NASSAU COMMONS BLVD.
SUITE 102
LEWES, DE 19958
(302) 644-4269
(302) 258-0815 (FAX)

May 22, 2008

**BY ELECTRONIC FILE**

The Honorable Sue L. Robinson
Delaware District Court
844 North King Street
Wilmington, DE 19801

  Re: *Fifth Market, Inc. v. CME Group, Inc., et al.*, D. Del. Case. No. 07-840 (SLR)

Dear Judge Robinson:

  I represent Plaintiff Fifth Market, Inc. in the above-referenced matter. I write on behalf of the parties to inform Your Honor that Fifth Market, Inc. has agreed to extend Defendants' time to answer the Complaint or otherwise respond in this matter by 60 days until July 28, 2008. In addition, the parties further respectfully request that the scheduling conference be continued until after the Defendants have answered.

  Counsel is available at Your Honor's convenience in the event there are any questions or concerns.

             Respectfully Submitted,

             */s/ Sean T. O'Kelly*
             Sean T. O'Kelly (No. 4349)

STO:nd

cc: File Copy