## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fifth Market, Inc.,<br>    a Tennessee corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CME Group, Inc.,<br>    a Delaware Corporation, and<br><br>Board of Trade of the City of Chicago, Inc.,<br>    a Delaware Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 07-840 (SLR)

JURY TRIAL DEMANDED

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Fifth Market, Inc. hereby dismisses, without prejudice, the Complaint against Defendants CME Group, Inc. and Board of Trade of the City of Chicago, Inc.

CROSS & SIMON, LLC

By: _____

Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
sokelly@crosslaw.com

Dated: May 30, 2008

*Counsel for Fifth Market, Inc.*