**CROSS & SIMON, LLC**
ATTORNEYS AT LAW

Christopher P. Simon
csimon@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

*SUSSEX COUNTY OFFICE:*
17577 NASSAU COMMONS BLVD.
SUITE 102
LEWES, DE 19958
(302) 644-4269
(302) 258-0815 (FAX)

May 30, 2008

**BY ELECTRONIC FILE &
HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Fifth Market, Inc. v. CME Group, Inc., et al., D. Del. Case. No. 07-840 (SLR)*

Dear Judge Robinson:

    We represent Plaintiff Fifth Market, Inc. in the above-referenced matter. Today, Fifth Market, Inc. dismissed the complaint filed in the above-captioned matter without prejudice, and therefore the scheduling conference scheduled for June 2, 2008 is no longer necessary.

    Counsel is available at the Court's convenience in the event you have any questions or concerns.

                        Respectfully submitted,

                        Christopher P. Simon (No. 4349)

CPS:sl

cc:    Sean T. O'Kelly, Esq.
        File Copy